MARTIN A. SCHAINBAUM (CSBN 37257)
BRYANT W.H. SMITH (CSBN 250035)
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone:   (415) 777-1040
Fax:         (415) 981-1065
Email:       schainbm@taxwarrior.com

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DEIDRE GARRISON, Revenue Officer,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD P. GOLDMAN,<br><br>　　　　Respondent. | Case No.: CV 09-0313 WDB<br><br>JOINT STIPULATION TO CONTINUE HEARING DATE AND [PROPOSED] ORDER |
| UNITED STATES OF AMERICA and DEIDRE GARRISON, Revenue Officer,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JANNA W. GOLDMAN,<br><br>　　　　Respondent. | Case No.: CV 09-0312 WDB<br><br>JOINT STIPULATION TO CONTINUE HEARING DATE AND [~~PROPOSED~~] ORDER /s/ WDB |

　　　　It is hereby agreed and stipulated by the parties in the above-captioned cases, by and

through their respective counsel, that the April 8, 2009, 2:30 p.m. hearing ordered in this Court's

February 18, 2009 Orders to Show Cause be continued to April 29, 2009 at 2:30 p.m. The briefing schedule set forth in the Court's Orders to Show Cause remains in effect.

Date: February 27, 2009

| | |
|---|---|
| JOSEPH P. RUSSONIELLO<br>United States Attorney | MARTIN A. SCHAINBAUM<br>A Professional Law Corporation |
| By /s/ Cynthia L. Stier<br>   CYNTHIA L. STIER<br>Assistant United States Attorney<br>Tax Division | By /s/ Martin A. Schainbaum<br>   MARTIN A. SCHAINBAUM |
| Attorney for Defendant | Attorneys for Plaintiff |

Pursuant to stipulation, it is hereby

**ORDERED** that the April 8, 2009, 1:00 p.m. hearing ordered in this Court's February 18, 2009 Orders to Show Cause be continued to April 29, 2009 at 2:30 p.m. The briefing schedule set forth in the Court's Orders to Show Cause remains in effect.

Dated: March 2, 2009 at Oakland, California

_____
UNITED STATES MAGISTRATE JUDGE