MARTIN A. SCHAINBAUM (CSBN 37257)
BRYANT W.H. SMITH (CSBN 250035)
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone:    (415) 777-1040
Fax:          (415) 981-1065
Email:        schainbm@taxwarrior.com

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DEIDRE GARRISON, Revenue Officer,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD P. GOLDMAN,<br><br>    Respondent. | Case No.: CV 09-0313 WDB<br><br>JOINT STIPULATION TO CONTINUE ENFORCEMENT PROCEEDING AND [PROPOSED] ORDER |
| UNITED STATES OF AMERICA and DEIDRE GARRISON, Revenue Officer,<br><br>    Petitioner,<br><br>    v.<br><br>JANNA W. GOLDMAN,<br><br>    Respondent. | Case No.: CV 09-0312 WDB<br><br>JOINT STIPULATION TO CONTINUE ENFORCEMENT PROCEEDING AND [PROPOSED] ORDER |

This matter came before this Court on April 29, 2009, on the Order to Show Cause, Respondents' Motion to Dismiss, and Petitioners' Motion to Compel Compliance with Summonses. This Court took these matters under submission and will issue a written order.

The Internal Revenue Service and Respondents are involved in Tax Court litigation, represented by docket numbers 15919-08 and 3703-09. The IRS and Respondents have reached a tentative settlement in the Tax Court litigation which they anticipate will moot the issues raised in these summons enforcement proceedings. However, the parties need additional time to agree upon settlement computations necessary to enter a Decision by the Tax Court. The parties anticipate that the Tax Court settlement can be consummated on or before July 13, 2009. The parties anticipate dismissing these summons enforcement proceedings in the event that the Tax Court case is settled. In the interest of judicial economy, the parties request that this Court continue this matter to July 13, 2009, in order to allow the parties to consummate the settlement and dismiss these proceedings.

It is hereby agreed and stipulated by the parties in the above-captioned cases, by and through their respective counsel, and subject to the Court's approval, that this matter be continued to July 13, 2009.

Date: June 5, 2009

| | |
|---|---|
| JOSEPH P. RUSSONIELLO | MARTIN A. SCHAINBAUM |
| United States Attorney | A Professional Law Corporation |
| | |
| By /s/ Cynthia L. Stier | By /s/ Martin A. Schainbaum |
| CYNTHIA L. STIER | MARTIN A. SCHAINBAUM |
| Assistant United States Attorney | |
| Tax Division | |
| | |
| Attorney for Petitioner | Attorneys for Respondents |

1  Pursuant to the above representations and stipulation, it is hereby

2  **ORDERED** that the proceedings in this matter are continued to July 13, 2009.

4  Dated: June 8, 2009 at Oakland, California

