| | |
|---|---|
| 1 | JOSEPH RUSSONIELLO (CSBN 44332) |
| | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
| | Assistant United States Attorney |
| 3 | Chief, Tax Division |
| | CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney |
| | 9th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000 |
| 7 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DEIRDRE GARRISON, Revenue Agent, | **JOINT STIPULATION TO FURTHER CONTINUE ENFORCEMENT PROCEEDING and [proposed] ORDER** |
| Petitioners, | |
| v. | |
| RONALD P. GOLDMAN, | Case No. 09-0313-WDB |
| Respondent. | |
| UNITED STATES OF AMERICA and DEIRDRE GARRISON, Revenue Agent, | |
| Petitioners, | |
| v. | Case No. 09-0312-WDB |
| JANA W. GOLDMAN aka Janna W. Goldman, | |
| Respondent. | |

The parties hereby agree and stipulate, subject to the Court's approval, as follows:

The parties have reached a tentative settlement which they anticipate will resolve both above-captioned summons enforcement proceedings in their entirety. By prior Order entered June 8, 2009, this Court granted the parties' joint request to continue these actions to July 13, 2009, in order to enable the parties to agree upon the tax computations necessary to reach a

1  final settlement.  Due to scheduling issues of IRS personnel necessary to prepare these tax
2  computations, the parties request an additional 30 days, to August 10, 2009, to reach a final
3  settlement and dismiss these proceedings.

                                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: 7/2/09                       /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant U.S. Attorney

                                    Attorneys for Petitioners

Dated: 7/2/09
                                    /s/ Martin Schainbaum
                                    MARTIN SCHAINBAUM
                                    Counsel for Respondents

    Pursuant to the above representations and stipulation, it is hereby ORDERED that the
proceedings in these matters are continued to August 10, 2009.

Dated: 7/6/2009
                                    IT IS SO ORDERED
                                    Judge Wayne D. Brazil
                                    HON. WAYNE D. BRAZIL
                                    U.S. MAGISTRATE JUDGE

Joint Stipulation to Further
Continue Enforcement Proceeding
and [proposed] Order,
Case Nos. 09-0313-WDB and
09-0312-WBD                         2